# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00556-CV

Emergency Services of Texas, P.A.; Hill Country Emergency Medical Associates, P.A.; Longhorn Emergency Medicine Associates, P.A.;, ACS Primary Care Physicians Southwest, P.A.;  Longhorn Observation Medical Associates, P.A.; Central Texas Emergency Associates, P.A.; Texas Medicine Resources, LLP; Texas Physician Resources, LLP; and Pediatric Emergency Medicine Group, LLP, Appellants

v.

Celtic Insurance Company; and Superior Health Plan, Inc., Appellees

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-003838, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal, explaining that they have settled their dispute.  We grant the joint motion and dismiss the appeal.  *See* Tex. R. App. P.42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Baker and Smith

Dismissed on Joint Motion

Filed:  October 14, 2021